

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2022

No. 04-22-00085-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00396
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

On February 3, 2022, the trial court signed an order entitled "Order Following Hearing Regarding Placement for the Child A.A." (the "February 3 order"). The February 3 order required the Department to take certain actions by 5 p.m. on February 4, 2022. On February 8, 2022, the trial court held a hearing concerning the child's placement. The trial court recessed the February 8 hearing until February 10, 2022. According to the Department, following the February 10, 2022 hearing, the trial court orally rendered an order requiring the Department to take certain actions within the next few days and set a hearing on February 18, 2022 at 2:30 p.m. to address compliance with the trial court's oral order.

On February 11, 2022, relator filed a petition for writ of mandamus and a motion for temporary relief. On February 14, 2022, we granted the motion and issued an order that stated as follows:

> 1. The trial court's "Order Following Hearing Regarding Placement for the Child A.A." rendered on January 31, 2022 and signed on February 3, 2022 is STAYED pending further order of this court.
>
> 2. *Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement and services are STAYED pending further order of this court.* [Emphasis added.]
>
> 3. Any contempt proceedings, sanctions, or incarceration of Department representatives and any orders to incarcerate Department representatives arising

from contempt proceedings in the underlying suit are STAYED pending further order of the court.

On March 30, 2022, relator filed a "Motion for Review of Further Orders," requesting we review an order respondent signed on March 25, 2022, entitled "Order Following Hearing Regarding Placement for the Child" (the "March 25 order"). We GRANT the motion. *See* TEX. R. APP. P. 29.6.

It is so **ORDERED** on April 14, 2022.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT